BRENDAN M. HICKEY
Cal Bar No. 261794
Pier 9, Suite 100
San Francisco, CA 94111-1497
Telephone: (415) 494-8444
Facsimile: (415) 735-3544
Brendan@Defender-Services.com

Attorney for Defendant
IDRISS SAFDARI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-11-00500 SI |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER AUTHORIZING TRAVEL AND TEMPORARY RETURN OF PASSPORT** |
| IDRISS SAFDARI, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between counsel for the parties, Assistant United States Attorney Tracie Brown for the United States, Brendan M. Hickey for Idriss Safdari that Mr. Idriss Safdari shall be permitted to travel from San Francisco to Afghanistan between April 5th and April 17th for the purpose of assisting his sister in laying his recently-deceased brother-in-law to rest. Mr. Safdari is being supervised by United States Pretrial Services Officer Darryl Walker in the Eastern District of California, and he has agreed to the proposed travel.

Mr. Safdari shall provide a copy of his travel itinerary including flights and hotels to the pretrial service officer upon request. In order to permit this travel, Mr. Safdari shall have his passport returned forthwith, though he shall be required to surrender his passport again upon his return to the United States.


Case3:11-cr-00500-SI   Document62   Filed04/05/12   Page2 of 2

SO STUPULATED,

DATED: April 5th, 2012     /s/ Brendan Hickey
                           BRENDAN M. HICKEY
                           Attorney for Mr. Safdari

DATED: April 5th, 2012     /s/ Tracie Brown
                           TRACIE BROWN
                           Assistant United States Attorney

**IT IS SO ORDERED**

DATED: 4/5/12

HONORABLE SUSAN ILLSTON
United States District Court Judge