**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   USA,                                          No. C 11-00500 SI

9             Plaintiff,                          **ORDER DISMISSING COUNT ONE**

10      v.

11   IDRISS SAFDARI,

12             Defendant.
                                        /
13

14       The Government's oral motion to dismiss Count One is granted.

15       **IT IS SO ORDERED.**

16

17   Dated:  January 17, 2013                    _____
                                                  SUSAN ILLSTON
18                                                United States District Judge

19

20

21

22

23

24

25

26

27

28