IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

    Plaintiff,

  v.

IDRISS SAFDARI,

    Defendant.

                               No. C 11-00500-2 SI

**ORDER**

**IT IS HEREBY ORDERED** appearance bond as to Idriss Safdar is exonerated due to the dismissal filed on January 19, 2013 dismissing Count One, which was the only Count this defendant was named in.

Dated: 4/15/13

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE